IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF ) <br> RICHARD J. MCCAGUE, ) <br> ATTORNEY REGISTRATION ) <br> NUMBER 58106, A MEMBER ) <br> OF THE BAR OF THE UNITED STATES ) <br> DISTRICT COURT FOR THE WESTERN ) <br> DISTRICT OF PENNSYLVANIA ) | Misc. No. 2:21-mc-217 <br> **FILED** <br> 2/24/2021 <br> CLERK U.S. DISTRICT COURT <br> WEST. DIST. OF PENNSYLVANIA |

**ORDER**

WHEREAS this Court has been advised that Attorney Richard J. McCague ("Attorney McCague") was temporarily suspended from the Bar of the Commonwealth of Pennsylvania, by order of the Supreme Court of Pennsylvania dated January 15, 2021, effective thirty days from the date of the order, entered in Disciplinary Proceeding Number 185 DB 2020;

NOW THEREFORE IT IS HEREBY ORDERED that a Rule to Show Cause is issued to Attorney McCague to show good cause why a reciprocal order of temporary suspension should not be entered by the United States District Court for the Western District of Pennsylvania, returnable within thirty (30) days from the date of this order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to give notice of the entry of this order to Attorney McCague via certified mail sent to the attorney's address of record with the Pennsylvania Disciplinary Board since this Court has no physical address for the attorney.

.

Date: February 23, 2021

s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

CERTIFIED FROM THE RECORD
02/24/2021
Joshua C. Lewis
Deneé Breter
Deputy Clerk