**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Re: RICHARD J. McCAGUE, | ) | 2:21-mc-00217-CB |
| *Pa. ID No. 58106*. | ) | |
| | ) | Chief Judge Cathy Bissoon |

**ORDER**

Richard J. McCague, Esq., has not shown cause under LCvR 83.3.D why the discipline entered by the State Court/Bar should not be entered, reciprocally, here.[1] It, therefore, is **ORDERED** that Attorney Richard J. McCague, Esq., hereby is **SUSPENDED** by this Court for a period of five (5) years, retroactive to January 15, 2021.

The Clerk of Court shall suspend Attorney McCague's CM/ECF user account(s), and identify Attorney McCague as being suspended in the Court's attorney admission records.

Petitions for reinstatement are governed by LCvR 83.3.G. Given that Attorney McCague's CM/ECF user account(s) have been deactivated, all papers for filing, including any petition for reinstatement, shall be transmitted to the undersigned's Chambers. Submissions(s) must be accompanied by a cover letter briefly summarizing the circumstances leading thereto.

---

[1] Attorney McCague has sent copies of a letter response, and attachments, dated May 28, 2026, which he reports to have submitted in response to the State Board's recommendation. He sent the transmission because he "did not wish to appear to be unresponsive, and therefore disrespectful of," the Court. The Court appreciates the gesture, although his contents do not establish good cause for not imposing reciprocal discipline, as outlined in LCvR 83.3.D. The undersigned is very relieved that Mr. McCague has moved past inclinations towards self-harm, and he is strongly encouraged to continue discussions with family, his referenced faith-leader and, if the feelings resurface, a mental health professional. Mr. McCague's contrition appears heartfelt, and the undersigned is convinced that people are not defined by their highest or lowest points.

Hard copies may be sent, via First-Class U.S. Mail, to the following address:

Chief Judge Cathy Bissoon's Chambers
Re: Suspended or Disbarred Attorney/Reinstatement
Attn: DCD
U.S. Courthouse
Pittsburgh, PA 15219

Alternatively, submissions may be emailed to: Bissoon_External@pawd.uscourts.gov – Subject line: "Re: Suspended or Disbarred Attorney/Reinstatement." The "cover letter" summary may be provided in the body of the email message.

A copy of this Order will be sent to the Respondent at the address provided in his most recent submission. IT IS SO ORDERED.

September 17, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via First-Class U.S. Mail):

Kaitlin Gorman, Esq.
Prothonotary, PA Supreme Court
414 Grant St.
City-County Building, Suite 801
Pittsburgh, PA 15219

Richard J. McCague, Esq.
5500 Beverly Place
Pittsburgh, PA 15206-1427

cc (via email):

Patricia S. Dodszuweit (patricia_dodszuweit@ca3.uscourts.gov)
Peter J. Welsh (Peter_Welsh@pamd.uscourts.gov)
George Wylesol (George_Wylesol@paed.uscourts.gov)
Michael R. Rhodes (Michael_Rhodes@pawb.uscourts.gov)
Mr. James M. Fox, Esq. (DBoard.D4@pacourts.us)
Disciplinary Counsel-In-Charge